UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------x
AFFINITY LIVING GROUP, LLC, )
and CHARLES E. TREFZGER, JR., ) Civil Action No.: 1:18-cv-00035
)
         Plaintiffs, )
)
v. ) STIPULATION
)
STARSTONE SPECIALTY )
INSURANCE COMPANY, and )
ONEBEACON HEALTHCARE )
GROUP, )
)
         Defendants. )
---------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that OneBeacon Healthcare Group is not a proper party Defendant in this case but that Homeland Insurance Company of New York ("Homeland") is, instead, the proper party Defendant. Accordingly, the parties agree that Plaintiffs will amend their complaint, with the consent of Homeland and Defendant StarStone Specialty Insurance Company ("StarStone"), to add Homeland Insurance Company of New York as a party defendant in the place of OneBeacon Healthcare Group. Upon filing of the amended complaint adding Homeland as a defendant, the undersigned counsel for Homeland agrees to accept the summons, complaint & request for waiver of service on behalf of Homeland, and Homeland agrees that it will waive service pursuant to Federal Rule of Civil Procedure 4(d).

    Dated: March 1, 2018

| | |
|---|---|
| **WALDREP LLP** | **TEAGUE CAMPBELL DENNIS & GORHAM, LLP** |
| /s/ *Thomas W. Waldrep, Jr.* | /s/ *Courtney C. Britt* |
| Thomas W. Waldrep, Jr. (NC State Bar No. 11135) | Courtney C. Britt (NC State Bar No. 32625) |
| Francisco T. Morales (NC Bar No. 43079) | 4700 Falls of Neuse Road |
| 101 S. Stratford Road, Suite 210 | Suite 450 (27609) |
| Winston-Salem, NC 27104 | Raleigh, NC 27619-9207 |
| Telephone: 336-717-1440 | Telephone: (919) 873-0166 |
| Telefax: 336-717-1340 | Telefax: (919) 873-1814 |
| Email: notice@waldrepllp.com | Email: cbritt@teaguecampbell.com |
| -and- | *Attorneys for OneBeacon Healthcare Group* |
| **BRAMNICK, RODRIGUEZ, GRABAS, ARNOLD & MANGAN, LLC** | **GOLDBERG SEGALLA** |
| | /s/ *David L. Brown* |
| Carl A. Salisbury (NJ State Bar No. 013991992) | David L. Brown (NC State Bar No.18942) |
| 1827 East Second Street | 800 Green Valley Road, Suite 302 |
| Scotch Plains, NJ 07076 | Greensboro, NC 27408 |
| Telephone: 908-322-7000 ext. 146 | Telephone: (336) 419-4902 |
| Telefax: 908-322-7016 | Telefax: (336) 419-4950 |
| Email: csalisbury@jonbramnick.com | Email: dbrown@goldbergsegalla.com |
| *Attorneys for Plaintiffs Affinity Living Group, LLC and Charles E. Trefzger, Jr.* | *Attorneys for StarStone Insurance Company* |