# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------x
AFFINITY LIVING GROUP, LLC, )
and CHARLES E. TREFZGER, JR., )   Civil Action No.: 1:18-cv-00035
                        )
              Plaintiffs, )
                        )
v. )   STIPULATION OF DISMISSAL
                        )
STARSTONE SPECIALTY )
INSURANCE COMPANY, and )
ONEBEACON HEALTHCARE )
GROUP, )
                        )
              Defendants. )
---------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that OneBeacon Healthcare Group is hereby voluntarily dismissed with prejudice and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

       Dated: March 1, 2018.

| **WALDREP LLP** | **TEAGUE CAMPBELL DENNIS & GORHAM, LLP** |
|---|---|
| /s/ *Thomas W. Waldrep, Jr.* | /s/ *Courtney C. Britt* |
| Thomas W. Waldrep, Jr. (NC State Bar No. 11135) | Courtney C. Britt (NC State Bar No. 32625) |
| Francisco T. Morales (NC Bar No. 43079) | 4700 Falls of Neuse Road |
| 101 S. Stratford Road, Suite 210 | Suite 450 (27609) |
| Winston-Salem, NC 27104 | Raleigh, NC 27619-9207 |
| Telephone: 336-717-1440 | Telephone: (919) 873-0166 |
| Telefax: 336-717-1340 | Telefax: (919) 873-1814 |
| Email: notice@waldrepllp.com | Email: cbritt@teaguecampbell.com |
| | |
| -and- | *Attorneys for OneBeacon Healthcare Group* |

**BRAMNICK, RODRIGUEZ, GRABAS,
ARNOLD & MANGAN, LLC**

Carl A. Salisbury (NJ State Bar No. 013991992)
1827 East Second Street
Scotch Plains, NJ 07076
Telephone: 908-322-7000 ext. 146
Telefax: 908-322-7016
Email: csalisbury@jonbramnick.com

*Attorneys for Plaintiffs Affinity Living Group, LLC
and Charles E. Trefzger, Jr.*