# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------x
AFFINITY LIVING GROUP, LLC, )
and CHARLES E. TREFZGER, JR., )  Civil Action No.: 1:18-cv-00035
                              )
       Plaintiffs, )
                              )
v.                            )
                              )  STIPULATION OF VOLUNTARY
STARSTONE SPECIALTY           )  DISMISSAL WITH PREJUDICE
INSURANCE COMPANY, and        )
HOMELAND INSURANCE            )
COMPANY OF NEW YORK,          )
                              )
       Defendants. )
---------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendant Homeland Insurance Company of New York, that Counts III and IV of the Second Amended Complaint are dismissed with prejudice and without costs.

| **TEAGUE CAMPBELL** | **WALDREP LLP** |
|---|---|
| Attorneys for Defendant Homeland Insurance Company of New York | Attorneys for Plaintiffs Affinity Living Group and Charles E. Trefzger, Jr. |
| By: *Brian M. Love*<br>   Brian M. Love (NC Bar # 41397) | By: *Thomas W. Waldrep, Jr.*<br>   Thomas W. Waldrep, Jr. (NC Bar # 11135) |

# CERTIFICATE OF SERVICE

I, Thomas W. Waldrep, Jr., hereby certify that service of the attached **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was made on today's date upon all counsel who have registered as Filing Users in this matter, in accordance with Local Rule 5.3(b)(2), by transmitting the papers to the Electronic Filing System.

This the 14th day of November, 2018

**WALDREP LLP**

/s/ *Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr. (NC State Bar No. 11135)
Francisco T. Morales (NC Bar No. 43079)
101 S. Stratford Road, Suite 210
Winston-Salem, NC 27104
Telephone: 336-717-1440
Telefax: 336-717-1340
Email: notice@waldrepllp.com

*Counsel for Plaintiffs Affinity Living Group, LLC and Charles E. Trefzger, Jr.*